IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00834-MOC-SCR

| | |
|---|---|
| RVO HEALTH, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| KEENAN KLINGER, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Shannon M. McDonough and Jamie P. Briones]" (Doc. Nos. 14 & 15) filed October 11, 2024. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.   Signed: October 11, 2024

_Susan C. Rodriguez_
Susan C. Rodriguez
United States Magistrate Judge